**UNITED STATES DISTRICT COURT**
EVERETT MCKINLEY DIRKSEN BUILDING
UNITED STATES COURT HOUSE
219 S. DEARBORN STREET
CHICAGO ILLINOIS 60604

**MICHAEL W. DOBBINS,**
**CLERK**

OFFICE OF THE CLERK
December 15, 2006

United States District Court
333 Constitution Avenue, N.W.
Washington, D.C. 2001

Re: U.S. -v- Osuagwu

**FILED**

DEC 1 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Dear Clerk of Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant.

__X__ Docket Sheet,
       Case No.: 06 CR 927

__X__ Order of Removal dated: 12/12/06

__X__ Affidavit in Removal

____ Final Commitment Proceedings

____ Financial Affidavit

____ Temporary Commitment

____ Order appointing counsel

____ Order setting conditions of release

____ CJA 20 Form

____ Detention Order

____ Appearance form

____ Appearance Bond

____ Other(see docket for entries):

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

by: *Laura Springer*
Laura Springer, Deputy Clerk

TERMED

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 2.5 (Chicago)
### CRIMINAL DOCKET FOR CASE #: 1:06-cr-00927-ALL
### Internal Use Only

Case title: USA v. Osuagwu
Other court case number: 06-494-M District of Columbia, Washington

Date Filed: 12/12/2006

Assigned to: Honorable Maria Valdez

**Defendant**

**Adriane M. Osuagwu** (1)
TERMINATED: 12/12/2006
*also known as*
Ernest Ofundo (1)
TERMINATED: 12/12/2006

represented by **Jerry D Bischoff**
Law Office of Jerry Bischoff
35 East Wacker Drive
Suite 650
Chicago, IL 60601
(312) 853-2167
Email: jbischoff@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Retained

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

18:371.F CONSPIRACY TO
DEFRAUD THE UNITED STATES

**Disposition**

**Plaintiff**
USA    represented by    **Kruti D. Trivedi**
United States Attorney's Office (NDIL)
219 South Dearborn Street
Suite 500
Chicago, IL 60604
(312) 353-5323
Email: kruti.trivedi@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**AUSA**
United States Attorney's Office (NDIL)
219 South Dearborn Street
Suite 500
Chicago, IL 60604
(312) 353-5300
Email: USAILN.ECFAUSA@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Pretrial Services**
.
435-5545
Email:
ilnptdb_Court_Action_Notice@ilnpt.uscourts.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/11/2006 |  | ARREST of defendant Adriane M. Osuagwu (las, ) (Entered: 12/15/2006) |
| 12/12/2006 | 1 | RULE 40 AFFIDAVIT signed by Judge Maria Valdez as to Adriane M. Osuagwu (1) (Redacted image) (las, ) (Entered: 12/15/2006) |
| 12/12/2006 |  | ORAL MOTION by Jerry D. Bischoff for leave to appear for Adriane M. Osuagwu. (las, ) (Entered: 12/15/2006) |
| 12/12/2006 |  | ORAL MOTION by USA for detention as to Adriane M. Osuagwu (las, ) (Entered: 12/15/2006) |
| 12/12/2006 | 2 | MINUTE entry before Judge Maria Valdez as to Adriane M. Osuagwu: Removal proceedings held. Defendant appears in response to the arrest on 12/11/06. Defendant informed of her rights. Jerry D. Bischoff's oral motion for leave to appear on behalf of defendant for the removal proceedings only is granted. Defendant waives identity hearing. Government's oral motion for detention. Defendant is not contesting that he is the person charged in the petition and warrant. Defendant agrees not to contest removal in custody, therefore defendant will be removed in |

|            |    |                                                                                                                                                                                                                                                                                                                |
|------------|----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |    | custody to the District of Columbia as soon as possible to face the charges there pending against him. Case terminated. (Terminated defendant Adriane M. Osuagwu). Mailed notice (las, ) (Entered: 12/15/2006)                                                                                                 |
| 12/15/2006 | 3  | CERTIFIED and Transmitted to District of Columbia the complete record consisting of original Affidavit of complaint in removal proceedings and certified copy of docket sheet as to Adriane M. Osuagwu by certified mail # 7006 0100 0001 7312 3294. (las, ) (Entered: 12/15/2006)                             |