IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. : |
| | : | |
| v. | : | MAGISTRATE NO.: 06-494M |
| | : | |
| ADRIANE M. OSUAGWU, | : | VIOLATION: |
| also known as Ernest Ufondu, | : | |
| | : | 18 U.S.C. § 371 |
| Defendant. | : | (Conspiracy to Commit Extortion) |

### GOVERNMENT'S MOTION TO DISMISS COMPLAINT

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully requests that the Court dismiss, without prejudice, the pending complaint against the defendant. As grounds for this request, the government states that although the investigation continues, the government has not returned an indictment in this case within the applicable time limits and therefore we request that the case be dismissed.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

By: _____
Frederick Yette, DC Bar # 385391
Assistant U.S. Attorney
Federal Major Crimes Section
555 4th Street, N.W.
Washington, D.C. 20530
(202) 353-1666
Frederick.Yette@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. : |
| | : | |
| v. | : | MAGISTRATE NO.: 06-494M |
| | : | |
| ADRIANE M. OSUAGWU, | : | VIOLATION: |
| also known as Ernest Ufondu, | : | |
| | : | 18 U.S.C. § 371 |
| Defendant. | : | (Conspiracy to Commit Extortion) |

**ORDER**

Upon consideration of the government's motion to dismiss the pending complaint, without prejudice, in this matter, it is this _____ day of January, 2007,

ORDERED, the motion is hereby granted and the complaint is hereby dismissed without prejudice.

_____
United States Magistrate Judge