IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : MAGISTRATE NO.: 06-494M |
| | : |
| ADRIANE M. OSUAGWU, | : VIOLATION: |
| also known as Ernest Ufondu, | : |
| | : 18 U.S.C. § 371 |
| Defendant. | : (Conspiracy to Commit Extortion) |

**FILED**

JAN 1 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Upon consideration of the government's motion to dismiss the pending complaint, without prejudice, in this matter, it is this _18th_ day of January, 2007,

ORDERED, the motion is hereby granted and the complaint is hereby dismissed without prejudice.

_____
United States Magistrate Judge

Release paperwork submitted to U.S. Marshals Service.
Deft. is detained in another district. M. L Pugh