AO442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**FILED**

JAN 2 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA
V.

ADRIANE M. OSUAGWU
aka Ernest Ofondu

**WARRANT FOR ARREST**

CASE NUMBER **06-494-M-01**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Adriane M. Osuagwu___
                                           Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Osuagwu, knowingly combine, conspire, confederate, and agree together with another person to commit the offense of extortion, in violation of 18 USC, Section 875(d), against Ikemba Iweala.

*(handwritten: Warrant Quashed — see 1/18/07 order, [signature] 1/24/07)*

in violation of Title __18__ United States Code, Section(s) __§ 371__.

**ALAN KAY**
Name of Issuing Officer — U.S. MAGISTRATE JUDGE

*[signature: Alan Kay]*
Signature of Issuing Officer

**ALAN KAY**
Title of Issuing Officer — U.S. MAGISTRATE JUDGE

DEC 0 1 2006  District of Columbia
Date and Location

Bail fixed at $ _____  by _____
                                    Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
|  |  |  |
| DATE OF ARREST |  |  |